**B. F. BEHIMER, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Eighth Circuit.
January 22, 1929.

No. 8485.

See, also, 28 F.(2d) 552.

J. S. Harris, of Oklahoma City, Okl., and John L. Gleason, of Wichita, Kan., for appellant.

Al F. Williams, U. S. Atty., and L. E. Wyman and Marlin S. Casey, Asst. U. S. Attys., all of Topeka, Kan.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under rule 16.

**Louis G. BEREOLOS et al., Appellants, v. Mary Spick HOUSTON et al., Appellees.**

Circuit Court of Appeals, Eighth Circuit.
March 21, 1929.

No. 8561.

James S. Watson, of Tulsa, Okl., for appellants.

Hunt & Eagleton, of Tulsa, Okl., for appellees.

PER CURIAM. Appeal docketed and dismissed, at costs of appellants, on motion of appellees, under rule 16.

**David H. BLAIR, Commissioner of Internal Revenue, Petitioner, v. AMALGAMATED SUGAR CO., Respondent.**

Circuit Court of Appeals, Eighth Circuit.
December 4, 1928.

No. 345 Original.

Mabel Walker Willebrandt, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., Sewall Key and Morton P. Fisher, Sp. Asst. Attys. Gen., for petitioner.

R. Kemp Slaughter, of Washington, D. C., and E. M. Bagley, Paul H. Ray and Robert L. Judd, all of Salt Lake City, Utah, for respondent.

PER CURIAM. Petition to review decision of Board of Tax Appeals dismissed, on motion of respondent, without costs to either party in this court.

**Bill BOUTON, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Eighth Circuit.
February 6, 1929.

No. 8296.

Lewis J. Bicking, Guy Wilson, and Franklin H. Griggs, all of Tulsa, Okl., for appellant.

John M. Goldesberry, U. S. Atty., and Harry Seaton, Asst. U. S. Atty., both of Tulsa, Okl.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee, under rule 24.